UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SPECTRA COFFEE INC.,<br><br>            Defendant. | Case No. 21-cv-05260-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

In his February 8, 2022 status report, Plaintiff acknowledged that a default had been entered against Defendant on December 21, 2021 and indicated that he would file a motion for default judgment within 30 days, *i.e.*, by March 10, 2022. Dkt. 24. No motion for default judgment was filed by that date, and there has been no further substantive activity in the case. Accordingly, the Parties shall appear on **June 28, 2022 at 11:00 a.m.** and show cause, if any, why the case should not be dismissed for failure to prosecute. Additionally, Plaintiff shall file a statement in response to this Order no later than **June 21, 2022**.

**SO ORDERED.**

Dated: June 3, 2022

_/s/ Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge