CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br>v.<br><br>**Spectra Coffee Inc.**, a California Corporation<br><br>    Defendants. | **Case:** 5:21-cv-05260-SVK<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 11, 2022            CENTER FOR DISABILITY ACCESS


                        By: /s/ Naomi Butler
                            Naomi Butler, Esq.
                            Attorneys for Plaintiff